UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: §
§
MAR AIR FOODS LLC § Case No. 815-70478 AST
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN B. MENDELSOHN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  657,037.40   Claims Discharged
                                                Without Payment:  NA

Total Expenses of Administration:  72,962.60

3) Total gross receipts of $ 730,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 730,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 72,962.60 | 72,962.60 | 72,962.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,214,635.96 | 1,214,635.96 | 657,037.40 |
| **TOTAL DISBURSEMENTS** | $ 0.00 | $ 1,287,598.56 | $ 1,287,598.56 | $ 730,000.00 |

4) This case was originally filed under chapter 7 on 02/09/2015 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2017        By:/s/ALLAN B. MENDELSOHN
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADVERSARY PROCEEDING - AMR Management, LLC | 1241-000 | 730,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 730,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN B. MENDELSOHN | 2100-000 | NA | 18,250.00 | 18,250.00 | 18,250.00 |
| ALLAN B. MENDELSOHN | 2200-000 | NA | 29.14 | 29.14 | 29.14 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 301.34 | 301.34 | 301.34 |
| Empire National Bank | 2600-000 | NA | 5,363.20 | 5,363.20 | 5,363.20 |
| CLERK OF THE COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| ROSEN, KANTROW & DILLON, PLLC | 3210-000 | NA | 47,832.50 | 47,832.50 | 47,832.50 |
| ROSEN, KANTROW & DILLON, PLLC | 3220-000 | NA | 336.42 | 336.42 | 336.42 |
| GARY R. LAMPERT, CPA | 3410-000 | NA | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 72,962.60 | $ 72,962.60 | $ 72,962.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Delta Air Lines, Inc. Corporate Real Estate 1030 Delta Blvd. Atlanta, GA 30354-1989 |  | 0.00 | NA | NA | 0.00 |
|  | Smith Gambrell & Russell, LLP 1301 Avenue Of The Americas, 21st Floor New York, NY 10019 |  | 0.00 | NA | NA | 0.00 |
| 000002 | DELTA AIRLINES, INC. | 7100-000 | NA | 1,211,856.53 | 1,211,856.53 | 655,533.91 |
| 000001 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 2,779.43 | 2,779.43 | 1,503.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 0.00 | $ 1,214,635.96 | $ 1,214,635.96 | $ 657,037.40 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 815-70478 | AST | Judge: ALAN S. TRUST | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|---|---|
| Case Name: | MAR AIR FOODS LLC | | | Date Filed (f) or Converted (c): | 02/09/15 (f) |
| | | | | 341(a) Meeting Date: | 03/18/15 |
| For Period Ending: | 08/04/17 | | | Claims Bar Date: | 05/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Used equipment in storage facility located at 110 | Unknown | 0.00 | | 0.00 | FA |
| 2. ADVERSARY PROCEEDING - AMR Management, LLC (u) | 0.00 | 125,000.00 | | 730,000.00 | FA |
| Adv. Pro. No. 815-08266 settled for sum of $730,000.00 pursuant to August 25, 2016 Stipulation - with court approval per November 7, 2016 order. (Trustee Commission is capped at $18,250.00 - other admin.expenses at $50,000.00) | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $0.00     $125,000.00     $730,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Invetigated for equity in an entity which was newly-created by the Debtor's principals and/or potentially meritorious
grounds to pursue prosecition of fraudulent conveyance claims. A fraudulent conveyance action was commenced and resolved
by Stipulation providing the estate with $125,000.00 - which settlement was approved by order dated January 5, 2016 ,
but which order was vacated on January 7, 2016. The Settlement Agreement was renegotiated - subject to court approval.
Adv. Pro. No. 815-08266 was settled for the sum of $730,000.00 pursuant to August 25, 2016 Stipulation - with court
approval per November 7, 2016 order.

Initial Projected Date of Final Report (TFR): 06/30/16     Current Projected Date of Final Report (TFR): 06/30/17

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 20.00c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 815-70478 -AST |
| Case Name: | MAR AIR FOODS LLC |
| Taxpayer ID No: | 73-1678309 |
| For Period Ending: | 08/04/17 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******6763 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/15 | 2 | AMR Management, LLC<br>c/o Charles E. Boulbol, Esq.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | LITIGATION SETTLEMENT PROCEEDS<br>$125,000.00 settlement payment pursuant to<br>December 1, 2015 Stipulation - subject to court<br>approval | 1241-000 | 125,000.00 | | 125,000.00 |
| 12/28/15 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET - SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND<br>2016 Chapter 7 Trustee Bond # 016027942 | 2300-000 | | 54.72 | 124,945.28 |
| 01/04/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 182.29 | 124,762.99 |
| 02/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 181.98 | 124,581.01 |
| 03/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 181.68 | 124,399.33 |
| 04/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 181.42 | 124,217.91 |
| 05/02/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 181.15 | 124,036.76 |
| 06/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 180.90 | 123,855.86 |
| 07/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 180.62 | 123,675.24 |
| 08/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 180.36 | 123,494.88 |
| 09/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 180.10 | 123,314.78 |
| 10/03/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 179.83 | 123,134.95 |
| 11/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 179.59 | 122,955.36 |
| 11/29/16 | 2 | AMR Management, LLC<br>c/o Charles E. Boulbol, Esq.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | LITIGATION SETTLEMENT PROCEEDS<br>Balance of payments needed to settled Adv. Pro. No.<br>815-08266 for the sum of $730,000.00 pursuant to<br>August 25, 2016 Stipulation - with court approval per<br>November 7, 2016 order. | 1241-000 | 605,000.00 | | 727,955.36 |
| 12/01/16 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 238.13 | 727,717.23 |
| 12/29/16 | 000102 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET - SUITE 420 | | 2300-000 | | 246.62 | 727,470.61 |

Page Subtotals    730,000.00    2,529.39

Ver: 20.00c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 815-70478 -AST | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|
| Case Name: | MAR AIR FOODS LLC | Bank Name: | Empire National Bank |
| | | Account Number / CD #: | *******6763 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 73-1678309 | | |
| For Period Ending: | 08/04/17 | Blanket Bond (per case limit): | $ 44,643,604.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 01/03/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 1,081.61 | 726,389.00 |
| 02/01/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 1,079.84 | 725,309.16 |
| 03/01/17 | | Empire National Bank | BANK SERVICE FEE | 2600-000 | | 973.70 | 724,335.46 |
| 03/20/17 | 000103 | GARY R. LAMPERT, CPA<br>100 MERRICK ROAD, SUITE 211-W<br>ROCKVILLE CENTRE, NY 11570 | ACCOUNTANT FEES<br>pursuant to November 30, 2016 court order for<br>preparation of estate tax returns | 3410-000 | | 500.00 | 723,835.46 |
| 06/27/17 | 000104 | CLERK OF THE COURT<br>U.S. BANKRUPTCY COURT<br>ALFONSE M. D'AMATO U.S. COURTHOUSE<br>290 FEDERAL PLAZA<br>P.O. BOX 9013<br>CENTRAL ISLIP, NY 11722-9013 | SPECIAL CHARGES | 2700-000 | | 350.00 | 723,485.46 |
| 06/27/17 | 000105 | ROSEN, KANTROW & DILLON, PLLC<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | ATTORNEY FEES<br>pursuant to order dated June 27, 2017 | 3210-000 | | 47,832.50 | 675,652.96 |
| 06/27/17 | 000106 | ROSEN, KANTROW & DILLON, PLLC<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | ATTORNEY EXPENSES<br>pursuant to order dated June 27, 2017 | 3220-000 | | 336.42 | 675,316.54 |
| 06/27/17 | 000107 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | Chapter 7 Compensation/Fees | 2100-000 | | 18,250.00 | 657,066.54 |
| 06/27/17 | 000108 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | Chapter 7 Expenses | 2200-000 | | 29.14 | 657,037.40 |
| 06/27/17 | 000109 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000001, Payment 54.09% | 7100-000 | | 1,503.49 | 655,533.91 |
| 06/27/17 | 000110 | Delta Airlines, Inc.<br>c/o Smith, Gambrell & Russell, LLP | Claim 000002, Payment 54.09% | 7100-000 | | 655,533.91 | 0.00 |
| | | | Page Subtotals | | 0.00 | 727,470.61 | |

Ver: 20.00c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 815-70478 -AST |
| Case Name: | MAR AIR FOODS LLC |
| Taxpayer ID No: | 73-1678309 |
| For Period Ending: | 08/04/17 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******6763  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 44,643,604.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Attn: Jason S. Bell Esq. 1230 Peachtrees Street, N.E. Ste 3100 Atlanta, GA 30309 | | | | | |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 730,000.00 | 730,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 730,000.00 | 730,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 730,000.00 | 730,000.00 | |

|   |   |   |   |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account (Non-Interest Earn - ********6763 | 730,000.00 | 730,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 730,000.00 | 730,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00        0.00

Ver: 20.00c

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*